UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADHIAMBO A. MITCHELL,<br><br>                              Plaintiff,<br><br>              -against-<br><br>NEW DRAGON OF NY LLC et al.,<br><br>                              Defendants. | 25-CV-1190 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **February 20, 2025** Order, ECF No. **7**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **May 14, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 19, 2025**.

SO ORDERED.

Dated: May 16, 2025
         New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge