UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADHIAMBO A. MITCHELL,

                Plaintiff,

      -against-

NEW DRAGON OF NY LCC, et al.,

                Defendants.

25-CV-1190 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By December 17, 2025, the parties shall meet, confer, and propose three separate two-week periods for trial between February and August of 2026.

SO ORDERED.

Dated: December 10, 2025
      New York, New York

                              ARUN SUBRAMANIAN
                           United States District Judge