UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adhiambo A. Mitchell,

Plaintiff,

-against-

New Dragon of NY LLC, et al.,

Defendant.

25-CV-1190 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's December 18, 2025 Order, Dkt. 16, the parties were required to file a proposed joint pretrial order no later than June 29, 2026, and all other pretrial filings by July 6, 2026. To date, the parties have not filed those materials. The parties are ORDERED to file their proposed joint pretrial order and all other required pretrial filings by **Monday, July 13, 2026**.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge