UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adhiambo A. Mitchell,

Plaintiff,

-against-

New Dragon of NY LLC, et al.,

Defendant.

25-CV-1190 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On July 14, 2026, the Court granted the parties' requested extension and required them to file the "proposed joint pretrial order and all other required pretrial filings detailed in the first three bullet points of the Court's December 18, 2025 scheduling order" by July 20, 2026. Dkt. 19.

To date, the parties have not done so. By **12:00 PM on Wednesday, July 22, 2026**, the parties are hereby ORDERED to file those required materials, unless they file a notice of dismissal or settlement instead. The parties are required to comply with all of this Court's other deadlines or else risk sanctions.

SO ORDERED.

Dated: July 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge