UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adhiambo A. Mitchell,

Plaintiff,

-against-

New Dragon of NY LLC, et al.,

Defendant.

25-CV-1190 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Before Monday's pretrial conference, the parties should talk with each other (over the phone or in person, in good faith) about settlement and be ready to address that topic at the conference. The parties should further discuss whether they mutually agree to the Court holding settlement discussions with the parties, which will involve ex parte, off the record discussions with each side. If the answer is no, the parties should designate a spokesperson to tell the Court "no" without telling the Court which side disagreed.

SO ORDERED.

Dated: July 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge