**THE WEITZ LAW FIRM, P.A.**

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

DENIED. The parties have two options: either they settle this case by July 27, 2026, at 2:00 PM, or they show up for the conference at the same time and place that it has been scheduled for months. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 26.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 23, 2026

July 23, 2026

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

**Letter Motion to Adjourn Final Pretrial Conference**

**Re: *Mitchell v. New Dragon Of NY LLC, et al.***
**Case 1:25-cv-01190-AS**

Dear Judge Subramanian:

The undersigned represents Plaintiff in the above-captioned matter.

The Final Pretrial Conference is currently scheduled for July 27, 2026, at 2:00 p.m. in your courtroom. The parties are currently engaged in productive settlement discussions. In addition, the Plaintiff is out of state on a family trip, Plaintiff respectfully requests that the Final Pretrial Conference be adjourned for two weeks, through and including August 10, 2026.

The undersigned has conferred with counsel for Defendant, who consents to this request. The requested adjournment is made in good faith, will not prejudice any party, and is not sought for purposes of delay.

Thank you for your attention to this first adjournment request.

Respectfully,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm
Attorney for Plaintiff

By: /S/ Zhou Min Wang
Zhou Min Wang, Esq.
Law Office of Zhou Wang
2 East Broadway, 9th Floor
New York, NY 100038
Telephone: (212) 966-8860
Email: office8860@gmail.com
Attorney for Defendants