UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adhiambo A. Mitchell,

Plaintiff,

-against-

New Dragon of NY LLC, et al.,

Defendants.

25-CV-1190 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at today's conference, by **Tuesday, July 28, 2026 at 5:00 PM**:

- Plaintiff may submit a letter regarding defendant's potential waiver of any jury trial demand; in response to that letter, by **Wednesday, July 29, 2026 at 5:00 PM**, Defendant should file a letter, after closely considering the issue, advising the Court whether it continues to seek a jury trial in this case.
- Defendant may submit a letter regarding whether plaintiff may, as a matter of law, argue for compensatory and punitive damages under the factual circumstances of this case.

SO ORDERED.

Dated: July 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge